IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:17-cv-61952-WPD

COASTAL WELLNESS CENTERS, INC.,
a Florida corporation, a/a/o Michaelle Breneville;
and PLANTATION SPINAL CARE CENTER,
INC., a Florida corporation, a/a/o Cristina Sanchez,
on behalf of themselves and all others similarly
situated,

CLASS REPRESENTATION

      Plaintiffs,

v.

ALLSTATE PROPERTY AND CASUALTY
INSURANCE COMPANY,

      Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, PLANTATION SPINAL CARE CENTER, INC., a/a/o Cristina Sanchez, on behalf of itself and all others similarly situated, hereby gives notice, pursuant to Rule 41(a)(i), Fed. R. Civ. P., of the voluntary dismissal, without prejudice, as to all claims against Defendant, Allstate Property and Casualty Insurance Company. Nothing of value was either offered to or received by the named Plaintiff or counsel in return for the dismissal against Defendant, Allstate Insurance Company, and each party shall bear its own attorneys' fees and costs.

Dated: January 24, 2018        Respectfully submitted,

/s/ *Barbara Perez*
Tod Aronovitz (FBN 186430)
ta@aonovitzlaw.com
Barbara Perez (FBN 989304)
bp@aronovitzlaw.com
**ARONOVITZ LAW**
2 South Biscayne Boulevard
One Biscayne Tower, Suite 3700
Miami, FL 33131
Tel: 305-372-2772
Fax: 305-397-1886

Theophilos Poulopoulos (FBN 98070)
theo@injuredinflorida.com
**SCHILLER, KESSLER & GOMEZ, PLC**
7501 W. Oakland Park Boulevard
Suite 201
Ft. Lauderdale, FL 33319
Tel: 954-933-3000
Fax: 954-667-5805

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 24, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel listed on the attached Service List.

By: */s/ Barbara Perez*

## SERVICE LIST

**COASTAL WELLNESS CENTERS, INC., a/a/o Michaelle Breneville, and PLANTATION SPINAL CARE CENTER, INC., a/a/o Cristina Sanchez, on behalf of themselves and all others similarly situated, vs. ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**
<u>**CASE NO. 0:17-CV-61952-WPD**</u>

**Attorneys for Plaintiffs**:

Tod Aronovitz (FBN 186430)
ta@aonovitzlaw.com
Barbara Perez (FBN 989304)
bp@aronovitzlaw.com
**ARONOVITZ LAW**
2 South Biscayne Boulevard
One Biscayne Tower, Suite 3700
Miami, FL 33131
Tel: 305-372-2772
Fax: 305-397-1886

Theophilos Poulopoulos (FBN 98070)
theo@injuredinflorida.com
**SCHILLER, KESSLER & GOMEZ, PLC**
7501 W. Oakland Park Boulevard
Suite 201
Ft. Lauderdale, FL 33319
Tel: 954-933-3000
Fax: 954-667-5805

Joel S. Perwin (FBN 316814)
jperwin@perwinlaw.com
**JOEL S. PERWIN, P.A.**
169 E. Flagler Street, Suite 1523
Miami, FL 33131
Tel: 305-779-6090
Fax: 305-779-6095

**Attorneys for Defendant**:

Rachel M. LaMontagne (FBN 094692)
rlamontagne@shutts.com
Gladys Perez Villanueva (FBN 124524)
gperez@shutts.com
**SHUTTS & BOWEN LLP**
200 South Biscayne Blvd., Suite 4100
Miami, Florida 33131
Tel: 305-358-6300
Fax: 305-381-9982

Peter J. Valeta (*Pro Hac Vice*)
pvaleta@cozen.com
**COZEN O'CONNOR**
123 N. Wacker Drive, Suite 1800
Chicago, Illinois, 60606
Tel: 312-474-7895
Fax: 312-878-2022